National Bank of Mattoon, Administrator of the Estate of Margaret E. Tingley, Deceased, Plaintiff-Appellant, v. Paul Hanley, Defendant-Appellee.

Gen. No. 10,191.

Third District.

January 21, 1959.

Released for publication February 6, 1959.

Willis P. Ryan (Harlan Heller, Orville F. Schoch, of counsel) for appellant; Craig & Craig (J. E. Horsley, L. J. Kabbes, of counsel) for appellee. Opinion by PRESIDING JUSTICE ROETH. **Not to be published in full.**